**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO PERALTA ZAMORA, ) | No. CV 13-8955-AS |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 11, 2014.

                              /s/
                              ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE

1